IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

VICTOR ROBERT BROWN,

       Plaintiff,                              JUDGMENT IN A CIVIL CASE

v.                                     Case No. 12-cv-712-wmc

MARATHON COUNTY OFFICERS
SUPERVISORS & ADMINISTRATOR, MIKE
SCHAEFER, ROBERT DICKMAN, BILL
(Officer), DANIEL GRAY (First Shift Officer),
SHERRYL (First Shift Officer)
DEB (First Shift Officer), MIKE (First Shift
Officer), KELLY (First Shift Officer), DENNY
WOODWARD (Second Shift Officer), RENEE
SULLIVAN (Second Shift Officer), JENNIFER
(Second Shift Officer), MIKE TULEY (Second
Shift Officer), RORY JIROVEC (Second Shift
Officer), JONATHAN (Second Shift Officer),
JIN LOR, GER LOR, DEVIN (Second Shift
Officer), MARK JACOBSON (Second Shift
Officer), JAMES BROWN (Second Shift
Officer), SETH (First Shift Supervisor), DEBRA
GLEASIN (First Shift Supervisor), MICHAEL
SCHAEFER (Second Shift Supervisor),
CORREY PELLOWSKI, JAMIE (3rd and 2nd
Shift Supervisor), SHELIA WESCOTT (3rd and
2nd Shift Supervisor), and CARREY P.,

       Defendants.

       This action came for consideration before the court with District Judge
William M. Conley presiding.  The issues have been considered and a decision has been
rendered.

       IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 1/30/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |