IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

VICTOR ROBERT BROWN,

    Plaintiff,

v.

MARATHON COUNTY OFFICERS SUPERVISORS & ADMINISTRATOR, MIKE SCHAEFER, ROBERT DICKMAN, BILL (Officer), DANIEL GRAY (First Shift Officer), SHERRYL (First Shift Officer) DEB (First Shift Officer), MIKE (First Shift Officer), KELLY (First Shift Officer), DENNY WOODWARD (Second Shift Officer), RENEE SULLIVAN (Second Shift Officer), JENNIFER (Second Shift Officer), MIKE TULEY (Second Shift Officer), RORY JIROVEC (Second Shift Officer), JONATHAN (Second Shift Officer), JIN LOR, GER LOR, DEVIN (Second Shift Officer), MARK JACOBSON (Second Shift Officer), JAMES BROWN (Second Shift Officer), SETH (First Shift Supervisor), DEBRA GLEASIN (First Shift Supervisor), MICHAEL SCHAEFER (Second Shift Supervisor), CORREY PELLOWSKI, JAMIE (3rd and 2nd Shift Supervisor), SHELIA WESCOTT (3rd and 2nd Shift Supervisor), and CARREY P.,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-712-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 1/30/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |